**No. 52485.**—American Cyanamid & Chemical Corp. et al. v. United States, protests 119084–K, etc. (Los Angeles, etc.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, AUGUST 4, 1948

**No. 52486.**—Oppenheim Collins et al. v. United States, protests 786727–G, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52487.**—Marr Duplicator Co. et al. v. United States, protests 472582–G, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52488.**—Irving L. Hartman & Co., Inc., et al. v. United States, protests 552148–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.